### TYNG ag[t] COOKE

Edward Tyng Esq[r] Treasuro[r] of the County of Suffolke plaint. ag[t] Francis Cooke Defend[t] by continuance from the Last County Court in Boston in an action of the case for the Forfiture of a bond of ten pounds in mony as hee was Surety for the appearance of Charles Blinco at the last County Court in Boston with all due damages according to attachm[t] Dat. pr[o] x[br] 1675. . . . The Jury . . . founde for the plaint. the Forfiture of the bond ten pounds in mony & costs of Court.